UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALVAREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>NEWSOME,<br><br>        Defendant. | Case No. 24-cv-02306-RFL (PR)<br><br>**ORDER OF TRANSFER** |

      Plaintiff Gustavo Alvarez's claims arise from the conduct of criminal proceedings in Los Angeles County (Superior Court Case Number BA344081), which lies in the Central District of California.  Compl., Dkt. No. 1 at 2; Exhibits to Compl., Dkt. No. 2; *People v. Sepulveda*, No. B237008, 2014 WL 2757631 (Cal. Ct. App. June 18, 2014).  Accordingly, this action is TRANSFERRED to the Central District of California, where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there.  *See* 28 U.S.C. §§ 84(c)(2), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

      **IT IS SO ORDERED.**

**Dated:**  October 24, 2024

                                                             RITA F. LIN
                                            United States District Judge